UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DANA MARKEL COTLONE                    CIVIL ACTION NO. 3:25-1708

                                       SECTION P

VS.

                                       JUDGE TERRY A. DOUGHTY

EAST CARROLL DETENTION CENTER          MAG. JUDGE KAYLA D. MCCLUSKY

REPORT AND RECOMMENDATION

Plaintiff Dana Markel Cotlone, a prisoner at Riverbend Detention Center proceeding pro se and in forma pauperis, filed this proceeding on approximately November 6, 2025, under 42 U.S.C. § 1983.  He names East Carroll Detention Center as defendant.[1]

A district court may dismiss an action based on a plaintiff's failure to prosecute or comply with a court order.  FED. R. CIV. P. 41(b).  A court possesses the inherent authority to dismiss the action *sua sponte* on this basis.  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962).  "The power to invoke this sanction is necessary to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." *Id.*

On March 12, 2026, the undersigned ordered Plaintiff to amend his Complaint, remedy certain deficiencies, and provide specific information.  [doc. # 7].  The undersigned cautioned that the Court may dismiss Plaintiff's lawsuit if he failed to comply.  *Id.*  Plaintiff's deadline to comply passed, and to date Plaintiff has not filed an amended pleading.

Accordingly, **IT IS RECOMMENDED** that Plaintiff Dana Markel Cotlone's Complaint,

---

[1] This matter has been referred to the undersigned for review, report, and recommendation under 28 U.S.C. § 636, and the standing orders of the Court.

[doc. # 1], be **DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within **fourteen (14) days** after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).**

In Chambers, Monroe, Louisiana, this 18th day of May, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

2