UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

DANA MARKEL COTLONE #368375          CASE NO.  3:25-CV-01708 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

EAST CARROLL DETENTION CENTER    MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff Dana Markel Cotlone's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 9th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1